**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000028**
**25-JUN-2013**
**10:10 AM**

NO. CAAP-12-0000028

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


SURVIVORS OF SHIN IGE,
Claimant-Appellant,
v.
YAMADA KAZUTO,
Employer-Appellee,
and
HAWAII INSURANCE GUARANTY ASSOCIATION,
Insurance Carrier-Appellee


APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2010-094 (2-77-07936))


ORDER APPROVING FIRST AMENDED
STIPULATION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the First Amended Stipulation to Dismiss Appeal, filed June 7, 2013, by Claimant-Appellant Survivors of Shin Ige, the papers in support, and the record, it appears that (1) this appeal has not been docketed; (2) the parties seek to dismiss the appeal pursuant to Rule 42 of the Hawai'i Rules of Appellate Procedure (HRAP); (3) counsel for all parties to the appeal have signed the stipulation; and (4) the parties agree to bear their own appellate fees and costs.

Therefore,

IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed, pursuant to HRAP Rule 42(a). The parties shall bear their own appellate fees and costs.

DATED: Honolulu, Hawai'i, June 25, 2013.

Chief Judge

Associate Judge

Associate Judge